IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV11

| | |
|---|---|
| GERALD D. PAYNE; DENNY CHARLES PEARCE; and MAURICE ANTHONY LASHER,<br><br>　　　　Plaintiffs,<br><br>Vs.<br><br>STEVEN A. WARD; SAMUEL G. FERRELL; RAY CHASTEN; HERMAN W. McEWAN; LIONEL KOON; TANTAMOUNT, L.L.C.; PARKLAND TRUST B.T.; JAMES R. KELLER; and ADVENTUROUS LIVING, INC.,<br><br>　　　　Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on a request by the Defendant Lionel Koon to participate in the pretrial conference by telephone.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant Koon's request to participate in the pretrial conference by telephone is **ALLOWED**. The Defendant is advised that when the conference is set to begin, the Court will phone Mr. Koon at the number provided in the motion and place the call on speaker phone so that all in the room may hear him and he may hear the proceedings taking place in chambers.

**Signed: August 23, 2005**

Lacy H. Thornburg
United States District Judge