IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV11

| | |
|---|---|
| GERALD D. PAYNE; DENNY CHARLES PEARCE; and MAURICE ANTHONY LASHER,<br><br>Plaintiffs,<br><br>Vs.<br><br>STEVEN A. WARD; SAMUEL G. FERRELL; RAY CHASTEN; HERMAN W. McEWAN; LIONEL KOON; TANTAMOUNT, L.L.C.; PARKLAND TRUST B.T.; JAMES R. KELLER; and ADVENTUROUS LIVING, INC.,<br><br>Defendants. | **DEFAULT JUDGMENT** |

**THIS MATTER** is before the Court on the Plaintiffs' motion for entry of judgment of default against the Defendants Steven A. Ward, Ray Chasten, Tantamount, L.L.C, Parkland Trust, B.T., James R. Keller, and Adventurous Living, Inc.

It appearing to the Court that these named Defendants were properly served with process and have failed to file answer or any other responsive pleading, and entry of default has been duly entered as to each of the named Defendants;

**IT IS, THEREFORE, ORDERED,** that the Plaintiffs' motion for entry of judgment of default is **ALLOWED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that:

1. The Plaintiff Gerald D. Payne have and recover of the Defendants Steven A. Ward, Ray Chasten, Tantamount, L.L.C., Parkland Trust, B.T., James R. Keller, and Adventurous Living, Inc., jointly and severally, the sum of **SEVEN HUNDRED TEN THOUSAND, FIVE HUNDRED SEVENTY-ONE DOLLARS AND SEVENTY-NINE CENTS ($710,571.79)**, which represents his trebled damages of $750,000 less credit of $39,428.21 heretofore received.

2. The Plaintiff Denny Charles Pearce have and recover of the Defendants Steven A. Ward, Ray Chasten, Tantamount, L.L.C., Parkland Trust, B.T., James R. Keller, and Adventurous Living, Inc., jointly and severally, the sum of **ONE MILLION, FOUR HUNDRED TWENTY THOUSAND, NINE HUNDRED EIGHT DOLLARS AND EIGHTY-NINE CENTS ($1,420,908.89)**, which represents his trebled damages of $1,500,000 less credit of $79,091.11 heretofore received.

3. The Plaintiff Maurice Anthony Lasher have and recover of the Defendants Steven A. Ward, Ray Chasten, Tantamount, L.L.C., Parkland Trust, B.T., James R. Keller, and Adventurous Living, Inc., jointly and severally, the sum of **SEVEN HUNDRED TEN THOUSAND, FIVE HUNDRED SEVENTY-ONE DOLLARS AND SEVENTY-NINE CENTS ($710,571.79)**, which represents his trebled damages of $750,000 less credit of $39,428.21 heretofore received.

3

**Signed: August 23, 2005**

*[signature]*

Lacy H. Thornburg
United States District Judge