IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV11

| | |
|---|---|
| GERALD D. PAYNE; DENNY CHARLES PEARCE; and MAURICE ANTHONY LASHER, <br><br> Plaintiffs, <br><br> Vs. <br><br> STEVEN A. WARD; SAMUEL G. FERRELL; RAY CHASTEN; HERMAN W. McEWAN; LIONEL KOON; TANTAMOUNT, L.L.C.; PARKLAND TRUST B.T.; JAMES R. KELLER; and ADVENTUROUS LIVING, INC., <br><br> Defendants. | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Plaintiffs' motion to dismiss this action as to the Defendant Herman W. McEwan without prejudice.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion to dismiss is **ALLOWED**, and this matter is hereby **DISMISSED WITHOUT PREJUDICE** as to the Defendant Herman W. McEwan.

**Signed: September 19, 2005**

Lacy H. Thornburg
United States District Judge